1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| L.S., et al., | ) Case No.: 1:12-at-00026 |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiffs, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 3) |
| PANAMA BUENA VISTA UNION | ) |
| SCHOOL DISTRICT, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

9
10
11
12
13
14
15
16

17          L.S., on behalf of Plaintiff A.S., a minor, filed a complaint on January 13, 2012, and on

18   January 14, 2012, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

19   The application demonstrates entitlement to proceed without prepayment of fees.

20          Accordingly, IT IS HEREBY ORDERED THAT:

21          1.       The application to proceed *in forma pauperis* is GRANTED;

22          2.       The Clerk of Court is DIRECTED to issue a summons; and

23          3.       The United States marshal is DIRECTED to serve a copy of the complaint, summons,

24                   and this order upon the defendant as directed by the plaintiff.

25   IT IS SO ORDERED.

26   **Dated:   January 17, 2012**                              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE
27
28