# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., et al., | Case No.: 1:12-at-00026 |
| Plaintiffs, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | (Doc. 3) |
| PANAMA BUENA VISTA UNION SCHOOL DISTRICT, et al. | |
| Defendants. | |

L.S., on behalf of Plaintiff A.S., a minor, filed a complaint on January 13, 2012, and on January 14, 2012, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    The application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:    January 17, 2012**                      /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE