# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., parent on behalf of Student A.S., a minor, A.S., a minor,<br><br>        Plaintiffs,<br><br>   v.<br><br>PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, RITA PIERUCCI, in her official capacity,<br><br>        Defendants. | 1:12-cv-00081 AWI GSA<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE SUMMONS AND COMPLAINT** |

On January 13, 2012, Plaintiffs L.S., parent on behalf of student A.S., a minor, and A.S., a minor, filed a complaint in support of an appeal of decision of administrative law judge, pursuant to Title 20 of the United States Code section 1415(i)(2), against Defendants Panama Buena Vista Union School District, Rita Pierucci, in her official capacity, and Does 1 through 20. (Doc. 1.) This Court issued summonses on January 18, 2012. (Doc. 5.)

An Initial Scheduling Conference originally set for April 24, 2012, was continued to May 23, 2012, by the Court. (*See* Docs. 6 & 7.)

It has come to the Court's attention that, to date, Plaintiffs have filed no documents to show proof of service of the summons and complaint on any of the named Defendants to establish they have complied with Rule 4(*l*) and (m) of the Federal Rules of Civil Procedure, nor have any of the aforementioned Defendants appeared in this action.

### DISCUSSION

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As of today's date, 125 days have elapsed since Plaintiffs filed the complaint in this matter. Thus, this Court ORDERS Plaintiffs, **no later than May 31, 2012**, to show cause in writing why they have failed to: (1) file documents to show proof of service of the summons and complaint on the aforementioned Defendants to comply with Rule 4(*l*) of the Federal Rules of Civil Procedure; and (2) accomplish service of the summons and complaint on the aforementioned Defendants within 120 days of filing the complaint to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiffs are admonished that this Court will recommend dismissal of this action if Plaintiffs fail to comply with this Order and to show good cause for their failure to accomplish service of the summons and complaint.**

IT IS SO ORDERED.

Dated:   May 17, 2012                       /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE