# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00081-LJO-JLT<br><br>ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Doc. 25). |

On January 13, 2012, Plaintiff L.S. filed a Complaint in this matter. (Doc. 1). On June 25, 2012, the Court granted Plaintiff's former Counsel, Nicole Hodge Amey's request to withdraw as attorney for Plaintiff L.S. (as the parent of A.S) and A.S.[1] Plaintiff was served with a copy of the order on the same date. The Court's June 25, 2012 order required Plaintiff's replacement counsel, if any, to enter an appearance within 60 days of the order. (Doc. 25). No appearance by replacement counsel has been filed, and Plaintiff has not notified the Court of her intention to proceed without counsel.

In addition, the Court notes that no motion for appointment of guardian ad litem has been filed. As a result, the Court orders Plaintiff to show cause why the matter should not be dismissed

---

[1] There are two other cases pending before this Court that are related to Plaintiff's current action: 1:12-cv-00744-LJO-JLT and 1:12-cv-00082-LJO-JLT. Attorney Amey has been relieved as counsel in all three cases.

1

for failure to comply with the Court's orders and the failure to prosecute the action.

**ORDER**

Accordingly, the Court ORDERS the following:

1. Plaintiff is **ORDERED** to show cause within 10 days of service of this order, why the matter should not be dismissed for her failure to file a petition for appointment of a guardian ad litem for the minor;

2. Plaintiff L.S. is **ORDERED** to show cause within 10 days of service of this order, matter should not be dismissed for failure of her replacement counsel to enter an appearance in the matter or notify the Court of her intention to proceed without an attorney;

3. **Plaintiff is warned that failure to comply with the Court's order will result in a recommendation that the entire matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 29, 2012**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE